```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 39712
    JAIMMIE P SMITH
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-2300


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/26/2004 and was confirmed 12/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   12.07%.

     The case was paid in full 10/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED            3750.00          581.08        3750.00
AMERICREDIT FINANCIAL SV  FILED LATE         4654.05             .00            .00
AMERICREDIT               NOTICE ONLY       NOT FILED            .00            .00
A ALL FINANCIAL SERVICES  UNSECURED         NOT FILED            .00            .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED         NOT FILED            .00            .00
CHARTER ONE BANK          UNSECURED         NOT FILED            .00            .00
CHECK NOW INC             UNSECURED          1481.01             .00         178.77
COMMONWEALTH EDISON       UNSECURED         NOT FILED            .00            .00
CROSS COUNTRY BANK        UNSECURED         NOT FILED            .00            .00
DALEY COLLEGE             UNSECURED         NOT FILED            .00            .00
US DEPT OF EDUCATION      UNSECURED         16107.51             .00        1944.34
ECAST SETTLEMENT CORP     UNSECURED         NOT FILED            .00            .00
FINGERHUT                 UNSECURED         NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED         NOT FILED            .00            .00
LASALLE BANK              UNSECURED         NOT FILED            .00            .00
LITTLE COMP OF MARY HOSP  UNSECURED            50.00             .00           6.06
MIDLAND FINANCE           UNSECURED         NOT FILED            .00            .00
SPRINT-NEXTEL CORP        UNSECURED         NOT FILED            .00            .00
PAYDAY LOAN STORE         UNSECURED         NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED              .00             .00            .00
PROVIDIAN NATIONAL BANK   UNSECURED         NOT FILED            .00            .00
SIR FINANCE               UNSECURED          2272.00             .00         274.25
TCF NATIONAL BANK         UNSECURED         NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY           904.44              .00         904.44
CPS                       FILED LATE         841.88              .00            .00
TIMOTHY K LIOU            DEBTOR ATTY       2,464.40                        2,464.40
TOM VAUGHN                TRUSTEE                                             646.67
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 39712 JAIMMIE P SMITH
```

```
                          RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                   10,750.01

PRIORITY                                          904.44
SECURED                                         3,750.00
     INTEREST                                     581.08
UNSECURED                                       2,403.42
ADMINISTRATIVE                                  2,464.40
TRUSTEE COMPENSATION                              646.67
DEBTOR REFUND                                        .00
                         ---------------    ---------------
TOTALS                    10,750.01            10,750.01
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 01/28/09         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                           PAGE   2
        CASE NO. 04 B 39712 JAIMMIE P SMITH